ATTORNEY GRIEVANCE
COMMISSION OF MARYLAND

v.

PETER GEORGE ANGELOS

      \*      IN THE

      \*      SUPREME COURT

      \*      OF MARYLAND

      \*      AG Docket No. 55

      \*      September Term, 2022

## O R D E R

In an order entered on March 3, 2023 regarding the parties' Joint Petition for Order Transferring the Respondent to Disability Inactive Status by Consent (the "Joint Petition"), the Court determined that it could not grant the Joint Petition under Rule 19-739 without a statement that the Joint Petition had been approved by the Chair of the Attorney Grievance Commission, as required by Rule 19-739(c)(1). Subsequently, Bar Counsel supplemented the Joint Petition with a line stating that the Chair of the Attorney Grievance Commission has approved the filing of the Joint Petition.

Accordingly, upon consideration of the Joint Petition as supplemented, it is this 9th day of March 2023, by the Supreme Court of Maryland,

ORDERED that the request to transfer the respondent to disability inactive status is GRANTED to the extent that the respondent, Peter George Angelos, is transferred to disability inactive status pursuant to Rule 19-739(b)(3); and it is further

ORDERED that the Clerk of this Court shall remove the name of Peter George Angelos from the register of attorneys in this Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State

in accordance with Maryland Rule 19-761(b); and it is further

ORDERED that all papers filed in this case, except for this order, are confidential

and shall not be disclosed except as permitted by rule or order of this Court.


/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials
Act (§§ 10-1601 et seq. of the State Government Article) this
document is authentic.



Gregory Hilton, Clerk